IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **COUNTY OF HARRIS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:18-cv-00490 |
| | § | |
| **PURDUE PHARMA L.P.,** *et al*. | § | |
| | § | |
| Defendants. | § | |

## CORPORATE DISCLOSURE STATEMENT

Defendant Nexgen Pharma, Inc. ("Nexgen"), by counsel, hereby provides the following information as required by Federal Rule of Civil Procedure 7.1(a):

(1) Nexgen has no parent corporation.

(2) Nexgen is a privately held corporation whose stock is not traded on a public exchange. To the best of Nexgen's knowledge, there is no publicly held corporation owning 10% or more of Nexgen's stock.

Dated:  April 16, 2018

Respectfully submitted,

**GIBSON DUNN & CRUTCHER, LLP**

By:  /s/ *William B. Dawson*
William B. Dawson
    *Attorney in Charge*
    Texas State Bar No. 05606300
    S.D. Tex. Bar No. 15924
    wdawson@gibsondunn.com
Tracey B. Davies
    Texas State Bar No. 24001858
    S.D. Tex. Bar No. 30577
    tdavies@gibsondunn.com
Russell H. Falconer
    Texas State Bar No. 24069695
    S.D. Tex. Bar No. 1627694
    rfalconer@gibsondunn.com
2100 McKinney Ave, Suite 1100
Dallas, Texas  75201
Telephone:  214.698.3100
Facsimile:  214.571.2900

**ATTORNEYS FOR DEFENDANT NEXGEN PHARMA, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic filing service pursuant to the Federal Rules of Civil Procedure on this 16th day of April, 2018.

                                                 */s/ William B. Dawson*
                                                 William B. Dawson