Case 4:18-cv-00490   Document 75-1   Filed in TXSD on 04/20/18   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 25, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COUNTY OF HARRIS, | § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:18-cv-00490 |
| PURDUE PHARMA L.P., *et al.* | § § | |
| Defendants. | § § | |

### ORDER GRANTING STIPULATION TO DISMISS NEXGEN PHARMA, INC.

After consideration of the Joint Motion and Stipulation to Dismiss Nexgen Pharma, Inc., the Court GRANTS the Motion. All claims against Nexgen Pharma, Inc. in the above captioned litigation are hereby DISMISSED without prejudice as to refiling.

SIGNED at Houston, Texas, this 25 day of Apr, 2018.

BY THE COURT:

_____
DAVID HITTNER
United States District Judge